UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAMON L. JONES,
    Petitioner,

v.

DAVE DAVEY, Warden,
    Respondent.

Case No. 15-cv-01560-HSG (PR)

**ORDER OF DISMISSAL**

On April 6, 2015, petitioner Damon L. Jones, an inmate at Corcoran State Prison, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On August 12, 2015, the Court issued an Order on Initial Review in which it found that Jones had filed a mixed petition containing exhausted and unexhausted claims. In the Order, the Court explained to Jones that a federal court must dismiss a mixed petition and provided him with an opportunity to amend the petition by withdrawing the unexhausted claims and proceeding only on the exhausted claims, or to dismiss the mixed petition and return to federal court with a new petition once all claims were exhausted. The Court also explained that Jones could seek a stay of the petition while he was exhausting his claims in state court.

On October 1, 2015, the Court denied Jones's motion for a stay and gave him an opportunity to decide whether he wanted to dismiss the unexhausted claims and go forward with only the exhausted ones or dismiss the entire action and return to state court to exhaust all his claims before filing a new federal petition. Jones has filed a "Request for Petitioner to Exhaust State and Federal Claims" in which he chooses the second option offered him, i.e., that he would dismiss this action and return to state court to exhaust all claims before filing a new federal petition presenting all of his claims. *See* Dkt. No. 10. Accordingly, this action is DISMISSED

without prejudice to Jones filing a new federal petition after exhausting state court remedies for all the claims in that new petition.

The Court notes that Jones attached to his request what appears to be a copy of his proposed state habeas petition to the Alameda County Superior Court. *See* Dkt. No. 10-1. Jones is advised that this Court cannot file the state habeas petition for him. The Clerk shall return to Jones the proposed state petition at Docket No. 10-1 for Jones to himself file in state court. Jones is cautioned to act swiftly to get to state court, proceed through state court, and return to federal court with a new petition so that he does not miss the one-year deadline in the habeas statute of limitations, 28 U.S.C. § 2244(d).

The Clerk shall terminate Docket No. 10 and close the file.

**IT IS SO ORDERED.**

Dated:  10/29/2015

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

2